IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **MARK JOSEPH WATSON,**<br> *Plaintiff*, | § § § | |
| v. | § § § | MO:24-CV-00045-DC |
| **TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL,**<br> *Defendant*. | § § § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THE COURT is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation ("R&R") filed in the above-captioned cause on May 21, 2024 (Doc. 32). The R&R recommends that Plaintiff Mark Watson's case be dismissed because of his barred filer status and that the Defendant's Motion for Sanctions against Plaintiff be denied.[1] Plaintiff has objected to the R&R for various reasons, none of which address the R&R's key finding that he is currently barred from filing in every court within the Fifth Circuit.[2] So the Court's de novo review is short—the R&R is **ADOPTED**.

It is therefore **ORDERED** that Defendant's Motion for Sanctions be **DENIED**.

The Court also **DENIES AS MOOT** all other pending motions in this case, **OVERRULES** Plaintiff's objections, **DISMISSES** the case; and **BARS** Plaintiff from filing future complaints without obtaining prior approval from a federal district or magistrate judge.

---

[1] Doc. 32 at 3.

[2] *Id.* at 2; *see also Watson v. Texas State Univ.*, 829 F. App'x 686 (5th Cir. 2020) (unpublished) (per curiam) ("Until our sanction is paid in full, Watson is barred from filing any pro se civil appeal in this court or any pro se initial civil pleading in any court that is subject to our court's jurisdiction, without advance written permission of a judge of the court in which he seeks to file.").

It is also **ORDERED** that Mark Joseph Watson is **BARRED FROM FILING** anything further in this action with the exception of a Notice of Appeal. Watson is **HEREBY WARNED** that if he violates the terms of this order by filing anything other than a Notice of Appeal in this matter, the Court may impose monetary sanctions or bar Mr. Watson from bringing any future action in this court without prior leave.

It is also **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 30th day of May, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE